# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159510-1

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SKANSKA USA BUILDING, INC.,
        Plaintiff-Appellant,

v

                             SC: 159510-1
                             COA: 340871; 341589

M.A.P. MECHANICAL CONTRACTORS, INC.,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE
COMPANY,
        Defendants-Appellees.

                             Midland CC: 13-009864-CK

_____/

      On order of the Court, the application for leave to appeal the March 19, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether: (1) the definition of "occurrence" in *Hawkeye-Security Ins Co v Vector Construction Co*, 185 Mich App 369 (1990), remains valid under the terms of the commercial general-liability policy at issue here; and (2) the plaintiff has shown a genuine issue of material fact as to the existence of an "occurrence" under those terms. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

      Associated General Contractors of America, Associated General Contractors of Michigan, Michigan Infrastructure and Transportation Association, Construction Association of Michigan, Turner Construction Company, and Gilbane Building Company are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2019



a1015

Clerk